JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet

U.S. District Court

## Place of Offense:

City __Madison__      Related Case Information: _US v. Bryan Cook_
County/Parish __Dane County__   Superseding _____ Docket Number _____
                                Same Defendant _____ New Defendant _____
                                Magistrate Judge Case Number _____
                                Search Warrant Case Number _____
                                R 20/ R 40 from District of _____

## Defendant Information:

Matter to be sealed:   ☐ Yes    X No
Def. Name      __Luis Abreu__
Alias Name     _____
City & State Only  __Verona, WI__
Year of Birth  __1974__              Last 4 digits of SSN   __2438__
Sex            __Male__              Race                   __W/H__

## U.S. Attorney Information:

AUSA        __Timothy M. O'Shea__             Bar # _____
Interpreter  ☐ No    ☐ Yes   List language and/or _____

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

## U.S.C. Citations

Total # of         1            ☐ Petty     ☐ Misdemeanor    X Felony
                                            ☐ Class A
                                            ☐ Class B
                                            ☐ Class C

|       | Index Key/Code | Description of Offense Charged | Count(s) |
|-------|----------------|---------------------------------|----------|
| Set 1 | 18 U.S.C. § 2315 | Knowing possession of more than $5,000 that crossed a state line after having been unlawfully converted | 1 |
| Set 2 |                |                                 |          |
| Set 3 |                |                                 |          |

(May be continued on reverse)

Date  __2-10-12__          Signature of AUSA: _/s/_