IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION |
| v. | ) Case No. 12-cr-21-wmc |
| LUIS ABREU, | ) 18 U.S.C. § 2315 |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT 1</u>

On or about August 4, 2006, in the Western District of Wisconsin and elsewhere, the defendant,

LUIS ABREU,

knowingly possessed more than $5,000, which had crossed a state line after having been unlawfully converted from the Metavante Corporation, knowing the same to have been unlawfully converted.

(In violation of Title 18, United States Code, Section 2315).

1/5/2012
Date

John W. Vaudreuil
United States Attorney